UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAUSTINO DIAZ-DE LA CRUZ,<br>Petitioner,<br>v.<br>BRUCE SCOTT, MARKWAYNE MULLIN,<br>Respondents. | CASE NO. C26-4059-BAT<br>**ORDER PROHIBITING TRANSFER OR REMOVAL PENDING ADJUDICATION** |

At 11:19 a.m. on November 10, 2026, respondents filed a notice of intent to transfer and remove petitioner from the United States within 48 hours. Dkt. 13. The Court notes that this 48-hour period includes Veterans Day, a federal holiday. The Court **ORDERS** as follows:

1. Petitioner may file a motion requesting the Court enjoin transfer or removal by **12:00 p.m. on Thursday, November 12, 2026**. Any response is to be filed by **Friday, November 13, 2026**, and any reply by **Monday, November 16, 2026**. The motion is to be noted for decision Tuesday, November 17, 2026.

2. Respondents are **PROHIBITED** from removing petitioner from the United States or this jurisdiction—the Western District of Washington—until adjudication of any motion to enjoin transfer or removal as described above.

3. To facilitate efficient resolution of this case the original briefing schedule on petitioner's habeas petition stands: Respondents filed a return to the petition today, November 10, 2026. Any traverse by petitioner shall be filed no later than November 16, 2026.

DATED this 10th day of November, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge